UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | 1:21-CR-00015-WES-LDA |
|---|---|
| v. | |
| CARLO FAKHRI<br>　　　Defendant. | |

## MOTION TO UNSEAL

Comes now the United States of America, by and through its attorneys, Aaron L. Weisman, United States Attorney, and Paul F. Daly, Jr., Assistant United States Attorney, and moves that the sealed documents in the above-listed case (summons, indictment, and cover sheet) be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

AARON L. WEISMAN
United States Attorney

*/s/ Paul F. Daly, Jr.*

PAUL F. DALY, JR.
Assistant U.S. Attorney

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

DATE: _____